**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1446

JOHN DUNAWAY,

Plaintiff - Appellant,

versus

LONNIE VICK, Business representative, IAMAW;
DALE E. HARTFORD, IAMAW; BRIAN BRYANT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District Judge.
(CA-02-2117-L; CA-02-4127-L; CA-03-775-L; CA-03-776-L; CA-03-777-L)

Submitted: August 12, 2004        Decided: August 17, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Dunaway, Appellant Pro Se. Joel Allen Smith, Linda D.
McKeegan, Steven Marc Lubar, KAHN, SMITH & COLLINS, P.A.,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Dunaway appeals the district court's order granting the Defendants' motion for summary judgment and dismissing in part and remanding in part his consolidated action filed under the Labor-Management Reporting Act of 1959, 29 U.S.C. §§ 401-531 (2000). We have reviewed the district court order and the record and affirm for the reasons stated by the district court. See Dunaway v. Vick, No. CA-02-2117-L (D. Md. filed Mar. 31, 2004; entered Apr. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED